IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| IAN HARRIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 112-090 |
| | ) | |
| MITZY ALBRIGHT, Psychiatrist, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed.  In lieu of objections, Plaintiff filed a "Motion for Voluntary Dismissal" of this case.  (Doc. no. 21.) The Magistrate Judge recommended that Plaintiff's case be dismissed without prejudice for want of prosecution pursuant to Loc. R. 41.1(c).  The Magistrate Judge so recommended because Plaintiff altogether failed to respond to an Order in which the Magistrate Judge found Plaintiff's complaint deficient and directed him to submit an amended complaint. (Doc. no. 19, p. 1.)  Plaintiff failed to respond even after being afforded an extended period of time to do so and being warned that his failure to respond would result in a recommendation of dismissal for want of prosecution.  (Id. at 1-2.)  The Magistrate Judge correctly found that Plaintiff's inaction constituted "precisely the type of neglect contemplated by the Local Rules," and he thus recommended that this case be dismissed without prejudice for want of prosecution.  (Id. at 2-3.)  As the Court agrees with that recommendation, the Report and Recommendation of the Magistrate Judge is **ADOPTED**

as the opinion of the Court.  Therefore, Plaintiff's "Motion for Voluntary Dismissal" is

**DENIED AS MOOT** (doc. no. 21), and this case is **DISMISSED** without prejudice and

**CLOSED**.

SO ORDERED this 20th day of February, 2013, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA